**Rafael BARAJAS–ARCEO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–74913.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Frank P. Sprouls, Esquire, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Sharon Michele Clay, Esquire, Richard M. Evans, Esquire, Assistant Director, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Rafael Barajas–Arceo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Mielewczyk v. Holder,* 575 F.3d 992, 994 (9th Cir.2009), and deny the petition for review.

Barajas–Arceo contends that his conviction under Cal. Health & Safety Code § 11352(a) does not render him ineligible for cancellation of removal under 8 U.S.C. § 1229b(b)(1)(C) because the statute of conviction encompasses solicitation offenses and is therefore over-inclusive with respect to 8 U.S.C. §§ 1182(a)(2)(A)(i)(II) and 1227(a)(2)(B)(i). This contention is foreclosed by *Mielewczyk,* 575 F.3d at 996–98.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.